IN THE IOWA DISTRICT COURT IN AND FOR WAYNE COUNTY

| | |
|---|---|
| SOUTHERN IOWA PLUMBING, L.L.C., <br><br>     Plaintiff, <br><br> v. <br><br> WAYNE COUNTY, IOWA; WAYNE COUNTY, IOWA, BOARD OF HEALTH; DAVID RHODES; <br><br>     Defendants. | Case No. _____ <br><br><br> **PETITION FOR DECLARTORY JUDGMENT, FOR MONEY JUDGMENT, AND FOR TEMPORARY AND PERMANENT INJUNCTION** |

    **COMES NOW** Plaintiff, Southern Iowa Plumbing, L.L.C., by and through the undersigned counsel, and does hereby state as follows in support of its Petition for Writ of Certiorari, for Declaratory Judgment, for Money Judgment, and for Temporary and Permanent Injunction:

<b>COMMON FACTS</b>

    1.    Southern Iowa Plumbing, L.L.C, (hereinafter "Southern Iowa Plumbing") is an Iowa Limited Liability Company with its principal place of business located in Wayne County, Iowa.

    2.    Wayne County, Iowa, (hereinafter "the County") is a governmental subdivision of the State of Iowa.

    3.    Wayne County, Iowa, Board of Health (hereinafter "the Board of Health") is a governmental subdivision under Iowa Code Chapter 137.

    4.    David Rhodes (hereinafter "Rhodes") is employed by Wayne County, Iowa, and the Wayne County Board of Health, as the Environmental Health Sanitarian.

    5.    On or about June 29, 2023, Rhodes sent a text message to Southern Iowa Plumbing inquiring on a septic system that was being installed without a permit.

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

6.      Southern Iowa Plumbing indicated it would get a permit and began sending photographs of the entire septic install process.

7.      Southern Iowa Plumbing was not actually performing the install of the septic system.  Said septic was actually being installed by a 3rd party.

8.      Rhodes told Southern Iowa Plumbing he would discuss the situation with the Board of Health.

9.      On or about July 12, 2023, Rhodes sent a letter to Southern Iowa Plumbing indicating its license to install or maintain septic systems within Wayne County, Iowa, was suspended for 1 year.  A copy of said letter is attached hereto as Exhibit "1," and by this reference, incorporated herein.

10.      Said letter also stated Southern Iowa Plumbing could appeal by sending a letter to the Board of Health, and that letter would be reviewed at the next Board of Health meeting.

11.      Southern Iowa Plumbing sent a letter requesting to appeal.  A copy of said letter is attached hereto as Exhibit "2," and by this reference incorporated herein.

12.      The ordinance purporting to govern Southern Iowa Plumbing's license to install and maintain septic systems in Wayne County, Iowa, is attached hereto as Exhibit "3," and by this reference incorporated herein.

## CONSTITUTIONAL STANDARD

13.      Plaintiff restates and realleges paragraphs 1 through 12 as if set forth fully herein.

14.      Article I, Section 9, of the Iowa Constitution states "no person shall be deprived of life, liberty, or property, without due process of law."

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

15.     The Fifth Amendment of the United States Constitution states no person shall "be deprived of life, liberty, or property, without due process of law."

16.     Section 1 of the Fourteenth Amendment of the United States Constitution imposed the requirement of due process on States.  Said section states in relevant part "nor shall any State deprive any person of life, liberty, or property, without due process of law."

17.     "Procedural due process requires that certain procedures be afforded (e.g., notice and an opportunity to be heard) *before* the government deprives a citizen or a liberty or property interest."  *Horsfield Materials, Inc. v. City of Dyersville*, 834 N.W.2d 444, 459 (Iowa 2013) (emphasis added).

18.     "A person is entitled to procedural due process when state action threatens to deprive the person of a protected liberty or property interest."  *State v. Willard*, 756 N.W.2d 207, 214 (Iowa 2008).

19.     "Such liberty interests have their source in the Federal Constitution and include such things as . . . the right to contract . . ." *Id* (internal quotes omitted).

20.     "Protected property interests are created and their dimensions are defined not by the Constitution but by an independent source such as state law." *Id* (internal quotes omitted).

21.     If a property interest is involved, three factors are weighed to determine what process is due:

> First, the private interest that will be affected by the official action; second, the risk of an erroneous deprivation of such interest through the procedures used, and the probable value, if any, of additional or substitute procedural safeguards; and finally, the Government's interest, including the function involved and the fiscal and administrative burdens that the additional or substitute procedural requirement[s] would entail.

*Id citing Mathews v. Eldridge,* 424 U.S. 319, 335, 96 S. Ct. 893, 903, 47 L.Ed.2d 18, 33 (1976).

21.     "At the very least, procedural due process requires notice and an opportunity to be heard in a proceeding that is adequate to safeguard the right for which the constitutional protection is invoked." *Willard* at 214.

22.     "Notice must be reasonably calculated to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Meyer v. Jones*, 696 N.W.2d 611, 614 (Iowa 2005).

## COUNT I – DECLARATORY JUDGMENT

23.     Plaintiff restates and realleges paragraphs 1 through 22 as if set forth fully herein.

24.     The ordinance was allegedly passed by Wayne County, Iowa, on April 19, 2021.

25.     The ordinance was not published as required by Iowa Code §331.302(8).

26.     The County is not authorized by Iowa Code to enact rules related to the licensing of septic system installers.

27.     Only the Board of Health is authorized to enact rules related to the licensing of septic system installers. *See* Iowa Code §§137.104(2)(b) and 455B.172(3).

28.     Prior to adoption of rules, the Board of Health must hold a public hearing and publish notice of the public hearing. Iowa Code §137.104(1)(b).

29.     No public hearing was held, and no notice of public hearing was published.

4

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

30.     In addition, the County must approve rules by motion or resolution, and then must publish the rule.

31.     The County did not approve the rules by motion or resolution.

32.     The County did not publish the rules.

33.     The ordinance, on its face, is a violation of due process, because it does not provide adequate due process to contractors.

34.     Instead, Section V(c) of said ordinance states that Wayne County Environmental Health may take action and only give notice after such action was taken.

35.     The ordinance does not give contractors a chance to be informed of a pending action and an opportunity to present objections until *after* the action is taken.

36.     Therefore, for the reasons set forth herein, the ordinance is invalid, unconstitutional, and unenforceable.

**WHEREFORE**, Plaintiff prays this Court enter an order declaring Amended Ordinance #204 invalid, unconstitutional, and unenforceable, for a judgment against Defendants for the costs of this action, and for such other and further relief as the Court deems just and equitable in the premises.

## COUNT II – MONEY JUDGMENT DUE TO UNENFORCEABLE ORDINANCE

37.     Plaintiff restates and realleges paragraphs 1 through 36 as if set forth fully herein.

38.     Because the ordinance is invalid, unconstitutional, and unenforceable, Plaintiff has unnecessarily purchased bonds.

39.     Defendants should be required to reimburse Plaintiff for monies expended in acquiring said bonds.

E-FILED 2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

**WHEREFORE**, Plaintiff prays this Court enter judgment against Defendants in an amount to be proven by competent evidence, for a judgment against Defendants for the costs of this action, and for such other and further relief as the Court deems just and equitable in the premises.

### COUNT III – MONEY JUDGENT FOR VIOLATION OF DUE PROCESS

40.    Plaintiff restates and realleges paragraphs 1 through 39 as if set forth fully herein.

41.    Plaintiff has a liberty interest in that it enters into contracts for installation and maintenance of septic systems in Wayne County, Iowa.

42.    Plaintiff also has a property interest in that it obtains a license from the County and Board of Health to install and maintain septic systems in Wayne County, Iowa.

43.    The ordinance, as applied in this case to Plaintiff, violates Plaintiff's procedural due process rights.

44.    Plaintiff was not provided notice of any pending disciplinary action against it before its license was revoked.

45.    Plaintiff was not provided an opportunity to be heard before its license was revoked.

46.    Rhodes exceeded his authority when he revoked Plaintiff's license because only the Board of Health may revoke a license under Iowa Code.

47.    The Board of Health and Rhodes exceeded their authority under Amended Ordinance #204, because the only discipline allowed is forfeiture of Plaintiff's bond.

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

48.     There is no provision in said ordinance allowing for suspension, removal, or revocation, of a license to install and maintain septic systems.

49.     The post-deprivation notice of revocation listed no specific ground for the revocation, and only listed a property address to identify the reason for revocation.

50.     However, the Board of Health meeting minutes show Rhodes discussed numerous other alleged problems.

51.     Plaintiff and Rhodes only discussed the septic being installed at one property and did not discuss the other issues raised by Rhodes during the Board of Health meeting.

52.     Such discussion further supports that Plaintiff was denied the opportunity to be heard and object.

53.     Plaintiff was given no information regarding what would be discussed at the Board of Health meeting.

54.     To further show the extent to which Defendants violated Plaintiff's procedural due process rights, one of Plaintiff's competitors knew of Plaintiff's license revocation before Plaintiff found out his license was revoked.

55.     As a result of Defendants' violation of Plaintiff's due process rights, Plaintiff will lose revenue and income during his license suspension period.

56.     Plaintiff further risks losing revenue and income in future years if customers choose other vendors to perform septic maintenance.

57.     Judgment should be entered against Defendants for Plaintiff's lost revenue and income.

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

**WHEREFORE**, Plaintiff prays this Court entered judgment against Defendants in an amount to be proven by competent evidence, enter judgment against Defendants for the costs of this action, and for such other and further relief as the Court deems just and equitable in the premises.

## COUNT IV – INJUNCTION

58.  Plaintiff restates and realleges paragraphs 1 through 57 as if set forth fully herein.

59.  This Court should order that a temporary and permanent writ of injunction issue restraining and enjoining Defendants from requiring Plaintiff to appeal their decision because the ordinance is invalid, unconstitutional, and unenforceable.

60.  This Court should order that a temporary and permanent writ of injunction issue enjoining and restraining Defendants from enforcing their ordinance and compelling Defendants to restore Plaintiff's license to install and maintain septic systems in Wayne County, Iowa, because

  i)  Amended Ordinance #204 does not allow for license revocation or suspension.

  ii) Amended Ordinance #204 on its face violates any contractor's procedural due process rights by failing to provide for notice and an opportunity to be heard prior to discipline.

  iii) Amended Ordinance #204, as applied in this case, violates Plaintiff's procedural due process rights because Plaintiff was not notified of the pending action, was not notified that license revocation was a possibility, and was not afforded an opportunity to be heard prior to revocation.

8

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

iv) Plaintiff's due process rights are being violated, and will continue to be violated, so long as Defendants are allowed to exceed the disciplinary authority set out in Amended Ordinance #204.

61.     Unless restrained pending hearing on permanent injunction, Plaintiff will be irreparably harmed by Defendants' violation of its due process rights, including harm to its reputation.

62.     Plaintiff should not be required to post a bond because it has already posted a $15,000.00 bond with Defendants.

63.     This petition has not been presented to or refused in whole or in part to any other judge or justice.

**WHEREFORE**, Plaintiff prays that the Court issue a temporary and permanent writ of injunction, enjoining, restraining, and prohibiting, Defendants from enforcing their invalid and unconstitutional ordinance, including their suspension of Plaintiff's license to install and maintain septic systems in Wayne County, Iowa, and enjoining, restraining, and prohibiting, Defendants from exceeding their authority under said invalid and unconstitutional ordinance, and for such other and further relief as the Court deems just and equitable in the premises.

ROCKHOLD LAW, PLLC


/s/ Daniel R. Rockhold
Daniel R. Rockhold, AT0009763
P.O. Box 336
Corydon, Iowa 50060
Telephone No. (641) 872-2550
Facsimile No. (888) 694-2655
dan@rockholdlaw.com
**ATTORNEY FOR PLAINTIFF**

9

E-FILED 2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR WAYNE COUNTY

| | |
|---|---|
| SOUTHERN IOWA PLUMBING, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> WAYNE COUNTY, IOWA; WAYNE COUNTY, IOWA, BOARD OF HEALTH; DAVID RHODES; <br><br> Defendants. | Case No. _____ <br><br> **AFFIDAVIT IN SUPPORT OF APPLICATION FOR TEMPORARY AND PERMANENT WRIT OF INJUNCTION** |

**STATE OF IOWA** )
)SS:
**COUNTY OF WAYNE** )

I, John Buttz, being first duly sworn on oath do hereby depose and state that I am the owner of Southern Iowa Plumbing, L.L.C., and as such, have personal knowledge of the following:

1.      On or about June 29th, 2023, David Rhodes sent me a text message inquiring on a septic system that was being installed without a permit.

2.      I was on vacation at the time.

3.      The septic system was being installed by a 3rd party.

4.      I immediately offered to have my staff get a permit, and also forwarded to him pictures of the entire septic install process.

5.      David Rhodes indicated he would discuss the issue with the Wayne County Board of Health.

6.      David Rhodes did not state that disciplinary action would be discussed, or even what the 'discussion' would be.

E-FILED 2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

7.      Around July 12, 2023, David Rhodes sent a letter to my company stating its license to install and maintain septic systems within Wayne County, Iowa, was suspended for one year.

8.      Prior to receiving notice of suspension, one of my competitors found out my company's license to install and maintain septic systems was suspended.

9.      I received no notice that action, if any, would be taken, until after said action occurred.

10.     My company subsequently appealed.

11.     I currently have a bond posted with Wayne County, Iowa, in the amount of $15,000.00.

12.     I am likely to suffer irreparable damage to my company's reputation as a result of the suspension.

Further affiant sayeth not.

_____
John Buttz

Subscribed and sworn to before me by John Buttz on this _11th_ day of November, 2023.



RILEY ROBERTSON
Commission Number 847514
My Commission Expires
4/18/26

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF IOWA

E-FILED 2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

**Wayne County Environmental Health**
PO Box 435, Corydon Iowa 50060
641-872-1903
drhodes@waynecountyia.org



July 12, 2023

Southern Iowa Plumbing
John Buttz
Recipient Address

Dear Southern Iowa Plumbing,

Reference:   Failure to comply with Wayne County Environmental Health Rules and Regulations-Installation septic system. (2073 Birch, Promise City, Iowa)

You have failed to maintain the guidelines set by the Wayne County Public Health Board and Iowa DNR. I have been authorized to suspend your right to install or maintain septic systems within Wayne County, for 1 year. (7-12-2023 to 7-11-2024).

If you feel that you would like to appeal, this decision. You must send a letter in writing to the Wayne County Public Health Board. They will review the letter at the next Board Meeting.


Sincerely,

David Rhodes

Wayne County Environmental Health

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

PENNY FETTERS

JOEL WELLS

CHRIS MOORE

CLAYTON MERRITT

SUSIE GIBBS

BOARD OF PUBLIC MEMBERS

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT



# ROCKHOLD LAW, PLLC

## ATTORNEY AT LAW

112 W. Jefferson St., Suite 2, P.O. Box 336
Corydon, Iowa 50060
Phone: (641) 872-2550  |  Fax: (888) 694-2655

July 20, 2023

Wayne County Public Health Board
105 N. Lafayette Street
Corydon, IA 50060

     RE:   Notice of Appeal – Southern Iowa Plumbing, LLC

To whom it may concern:

     Please be advised that I represent Southern Iowa Plumbing, LLC.  I am in receipt of a letter from David Rhodes from Wayne County Environmental Health wherein he suspends my client's "right to install or maintain septic systems within Wayne County, for 1 year."  That letter indicates that to appeal, a letter must be sent to Wayne County Public Health Board.  To that end, this letter shall serve as my client's notice of appeal.

     My client intends to provide a more detailed, written response, in the near future.  However, the 'suspension letter' did not indicate what rules were allegedly violated.  Nor have we been able to track down the County's disciplinary rules and procedures as it relates to septic system installers.  Once we have reviewed those, a more detailed response can be provided.

     We look forward to working with the Board to find a resolution satisfactory to all parties.  If you have any questions, please do not hesitate to contact me.

               Very truly yours,

               Daniel R. Rockhold

DRR/
**VIA CERTIFIED MAIL (return receipt)**
cc:  Mr. David Rhodes (via emai, drhodes@wayncountyia.org)

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

# Wayne County On-Site Wastewater

# Treatment and Disposal System

# Amended Ordinance #204

**I)**     **Title:** Rules relating to private sewage disposal systems in Wayne County, Iowa and providing penalties for violations thereof.

**II)**    **Purpose:** The purpose of this ordinance is to adopt Chapter 567-69 of the Iowa Administrative Code and to promulgate other rules relating to private sewage disposal systems and to provide for the enforcement thereof.

   **a)**   Chapter 567 of the Iowa Administrative Code entitled "Private Sewage Disposal Systems", including any future amendments thereto, is hereby adopted and incorporated by this reference as if fully set forth herein.

   **b)**   In addition to the rules set forth in Chapter 69 of the Iowa Administrative Code, those instances in which an individual is required to install an onsite private sewage disposal system shall include, but not be limited to the following:

   **1.**   The construction of a new home by building or transporting a home to a site in Wayne County, Iowa, that does not currently have a properly functioning or approved on-site wastewater treatment and disposal system.

   **2.**   The upgrade of an existing septic system at the time of the deed changing ownership. This means replacing one or more parts of an existing septic system in Wayne County, Iowa.

   **3.**   The submission of a complaint form signed by an individual to the Wayne County Environmental Health office, detailing the discharge of untreated sewage to the surface in Wayne County, Iowa, when said signed complaint is determined to be valid, a violation of the ordinance is deemed to have occurred, and installation of or repaired to a private sewage disposal system is ordered by Wayne County

1

E-FILED 2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

Environmental Health Director. Determining the validity of a signed complaint will be at the discretion of the Wayne County Environmental Health Director.

III)   **Rules:** These rules are applicable only to private sewage disposal systems. Contractors performing work on private sewage disposal systems that are located within Wayne County, are required to either obtain and maintain all applicable permits for their customer's private sewage disposal system or obtain proof from the customer that such permits were secured before work on said system begins.  Any updates or repairs shall require a permit.

IV)   **Permit Procedures:**

a)   **Applications:** Any person, firm, partnership, corporation, landowner, contractor, or other entity desiring a permit must have the landowner and contractors name, the property address, and other pertinent information as may be required by the Wayne County Environmental Health Director. Fees for the permit will be paid at this time.

b)   **Validity:** Permits shall be valid for a period set forth by the Wayne County Environmental Health Department.

c)   **Notification:** Wayne County Environmental Health Department shall be notified at least 1 work day prior to the completion of the job, to allow the sanitarian time to schedule a final inspection.

d)   **Inspections:** Any contractor installing a private sewage disposal system must insure that all inspections, including, but not limited to, a site evaluation, a bottom pipe inspection, a final inspection, and any other inspection deemed necessary by Wayne County Sanitarian. Contractor is to verify that al lines coming out of the building or house are going to the private sewage disposal system.

e)   **Repair Permits:** The repair to any private sewage disposal system shall be evaluated on the oldest part of the system, alteration of the original system design, the requirements of Iowa Administrative Code, and the discretion of an Environmental Health Officer.

f)   **Maintenance Contracts:** Upon the completion of installation of a mechanical system in Wayne County a "Maintenance Contract" shall be provided to Wayne County Environmental Health Department, verifying

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

that a contract for the proper monitoring and servicing of the entire treatment system, has been entered into between the landowner and a certified technician for the life of the system. An updated contract for monitoring and servicing of the treatment system between the landowner and a certified technician shall be filed annually with Wayne County Environmental Health.

g) **Grease Trap:** Any person, firm, partnership, corporation, landowner, or other entity who plans to open a restaurant in Wayne County, where a new private sewage disposal system is to be installed, shall insure that a 1,000-gallon grease trap is also installed. If an existing restaurant is purchased within rural Wayne County it must already have or must install a 1,000-gallon grease trap.

h) Only a licensed contractor may install or repair a waste water system within rural Wayne County.

V) **Contractor Requirements:** Contractors installing or repairing a private waste water sewage system must have a $15,000 bond with the county, a current license and be registered with the Iowa Workforce. The purpose of this section is to promote and encourage quality public health and sanitation and good engineering practices within Wayne County. Wayne County does not guarantee the workmanship and quality of any work a private contractor performs on any system. Wayne County recognizes the need for properly permitted private sewage disposal systems that are approved and certified by trained professionals. Wayne County Board of Health and Wayne County Supervisors will establish and enforce compliance with this ordinance and Chapter 567-69 of the Iowa Administrative Code.

a) Any contractor who installs, repairs or alters a private sewage disposal system shall have the required $15,000 bond made out to Wayne County on file and renewed every year. A contractor who fails to renew the bond or purchase a new license shall cease all work on private sewage disposal systems until the bond and license in renewed.

b) It is the responsibility of the contractor to verify the number of bedrooms, property lines, easements if needed and verify that all lines coming out of the house go to the correct place.

3

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

   c)   If a contractor fails to obtain proof or ensure that the required permits have been secured, fails to renew his/her bond annually, improperly installs, repairs, maintains or alters a private sewage disposal system or violates this Ordinance, Wayne County Environmental Health may elect to forfeit the contractor's bond. Contractor shall be notified in person or by certified mail. The contractor may appeal Environmental Health's decision by requesting a hearing with the Wayne County Board of Health within 30 days of being notified. If there is an appeal then the contractor's bond is good until the Board of Health renders a decision.

VI)    **Time of Transfer:**

   a)   **Future Inspection:** In the event weather or other temporary physical condition prevent a certified inspection from being conducted, the buyer shall execute a Time of Transfer Inspection Agreement-Binding Agreement (542-0062) and have a certified inspection conducted at the earliest possible time and shall be responsible for any required modifications identified by the inspection. The Time of Transfer Fee shall be assessed at the time of issuing the Binding Agreement. The Binding Agreement for Future Inspection shall be valid for 90 days unless otherwise noted.

   b)   **Building Demolition:**  The time of Transfer Permit associated with a Time of Transfer Waiver-Binding Agreement for Building Demolition (542-0063) shall be valid for 90 days from the date of issuance unless otherwise noted. If owner is going to use the building for storage, all of the fixtures must be removed, the line capped and the tank pumped out and crushed. The permit fee will be assessed at the time of issuing the Binding Agreement.

   c)   **Future Installation:**    In the event both the seller and buyer involved agree the existing private sewage disposal system will not pass a time of transfer inspection, the buyer may forgo the time of transfer inspection and shall execute a Time of Transfer Inspection Waiver-Binding Agreement for Future Installation (542-0064). The permit will be assessed at the time of issuing the Binding Agreement. The Binding Agreement/Permit shall be valid for 90 days unless otherwise noted.

   d)   **Waiver:**    Any person, firm, partnership, corporation, landowner, or other entity desiring a future installation/future inspection waiver or future demolition request, shall request such via phone or email at least

4

5 days prior to the closing date. The request shall include the names of the seller and buyer, property address, number of bedrooms and the closing date. The seller must be present at the time of the inspection to let the inspector inside the residence.

e) **Holding Tank:** Any property that is being used as a primary residence that has a holding tank at the time of transfer shall install an approved system. Holding tanks are only to be used for temporary or part time residence.

VII) **Penalties:**  Any person, firm, partnership, corporation, landowner, or other entity who violates any regulation in or any provision of this Ordinance or of any amendment or supplement thereto, shall be guilty of a simple misdemeanor which is punishable by a fine of not more than $625.00 or by imprisonment of not more than 30 days and/or shall be guilty of a county infraction punishable by a civil penalty of not more than$750.00 or if the infraction is a repeat offense by a civil penalty not to exceed $1,000.00 for each repeat offense. Each day that a violation occurs or is permitted by the defendant to exist, constitutes a separate offense.

Signed this _17th_ day of _March_ 2021.

_Joel Wells DD_

Wayne County Board of Health Chairperson

5

E-FILED  2023 NOV 21 3:16 PM WAYNE - CLERK OF DISTRICT COURT

**Amendment to Ordinance #204**

First Reading: _3/22/2021_

Second Reading: _4/5/2021_

Third Reading: _4/19/2021_

Publication: _N/A_

Adopted this 19th day of April 2021 and effective the 1st day of July 2021, at Wayne County, Iowa.

Attest: _Michelle Dooley_

## IN THE IOWA DISTRICT COURT IN AND FOR WAYNE COUNTY

| | |
|---|---|
| SOUTHERN IOWA PLUMBING, L.L.C., | Case No. _____ |
|     Plaintiff, | |
| v. | **ORIGINAL NOTICE** |
| WAYNE COUNTY, IOWA; WAYNE COUNTY, IOWA, BOARD OF HEALTH; DAVID RHODES; | |
|     Defendants. | |

**TO THE ABOVE-NAMED DEFENDANTS:**

You are hereby notified that there is now on file in the Office of the Clerk of the above Court, a Petition in the above-entitled action, a copy of which Petition is attached hereto.  The Plaintiff's attorney is Daniel R. Rockhold, of Rockhold Law, PLLC, whose address is P.O. Box 336, Corydon, Iowa 50060.

You are further notified that unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file, a written motion or answer, appear thereto and defend in the Iowa District Court for Wayne County, at the county courthouse in Corydon, Iowa, judgment by default will be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in Court because of a disability, immediately call your district ADA coordinator, Toni Stevens, at 515-286-3394. (If you are hearing impaired, call Relay Iowa for TTY at 1-800-735-2942).

NOTE: The attorney who is expected to represent the Defendants should be promptly advised by Defendants of the service of this notice.

E-FILED  2023 NOV 21 4:28 PM WAYNE - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **CVCV024030**

*County*  **Wayne**

*Case Title*   SOUTHERN IA PLUMPING, LLC V WAYNE COUNTY IA, ET

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

---

*Scheduled Hearing:*



---

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/21/2023 04:28:06 PM**



*District Clerk of Court or/by Clerk's Designee of*  Wayne          *County*

**/s/ Jocelyn O'Brien**

## AFFIDAVIT OF SERVICE

| Case:<br>CVCV024030 | Court:<br>IN THE IOWA DISTRICT COURT | County:<br>IN AND FOR WAYNE COUNTY | Job:<br>10169686 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>SOUTHERN IOWA PLUMBING, L.L.C. | | **Defendant / Respondent:**<br>WAYNE COUNTY, IOWA; WAYNE COUNTY, IOWA, BOARD<br>OF HEALTH; DAVID RHODES; | |
| **Received by:**<br>Iowa Process Service | | **For:**<br>Rockhold Law PLLC | |
| **To be served upon:**<br>Wayne County Iowa Board of Health | | | |

I, Justin Hubbell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Chris Moore, Board Member, Authorized for Wayne County Iowa Board of Health, Company: 100 North Lafayette Street , Corydon, IA 50060 |
| **Manner of Service:** | Authorized, Jan 5, 2024, 11:46 am CST |
| **Documents:** | Original Notice, Petition for Declartory Judgment, for Money Judgment, and for Temporary and Permanent Injuction, Affidavit in Support of Application for Temporary and Permanent Writ of Injunction, Exhbits 1-3 (Received Dec 29, 2023 at 10:40am CST) |

**Additional Comments:**
1) Served: Jan 5, 2024, 11:46 am CST at Company: 100 North Lafayette Street , Corydon, IA 50060 received by Chris Moore, Board Member, Authorized for Wayne County Iowa Board of Health. Age: 37; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'10"; Hair: Black;

Subscribed and sworn to before me by the affiant who is personally known to me.

/s/Justin Hubbell          01/08/2024

Justin Hubbell          Date

Iowa Process Service
1604 Country Club Rd
Indianola, IA 50125

_Halee Ann Rice_

**Notary Public**

07/08/2024          02/18/2024

**Date**          **Commission Expires**

HALEE ANN RICE
Commission Number 830262
My Commission Expires
February 18, 2024

## AFFIDAVIT OF SERVICE

| Case:<br>CVCV024030 | Court:<br>IN THE IOWA DISTRICT COURT | County:<br>IN AND FOR WAYNE COUNTY | Job:<br>10169821 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>SOUTHERN IOWA PLUMBING, L.L.C. | | **Defendant / Respondent:**<br>WAYNE COUNTY, IOWA; WAYNE COUNTY, IOWA, BOARD<br>OF HEALTH; DAVID RHODES; | |
| **Received by:**<br>Iowa Process Service | | **For:**<br>Rockhold Law PLLC | |
| **To be served upon:**<br>David Rhodes | | | |

I, Justin Hubbell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| **Recipient Name / Address:** | David Rhodes, Work- Wayne County Courthouse: 100 North Lafayette Street, Corydon, IA 50060 |
|---|---|
| **Manner of Service:** | Personal/Individual, Jan 5, 2024, 11:38 pm CST |
| **Documents:** | Original Notice, Petition for Declartory Judgment, for Money Judgment, and for Temporary and Permanent Injuction, Affidavit in Support of Application for Temporary and Permanent Writ of Injunction, Exhbits 1-3 (Received Dec 29, 2023 at 10:40am CST) |

**Additional Comments:**
1) Served: Jan 5, 2024, 11:38 pm CST at Work- Wayne County Courthouse: 100 North Lafayette Street, Corydon, IA 50060 received by David Rhodes. Age: 52; Ethnicity: Caucasian; Gender: Male; Weight: 235; Height: 6'1"; Hair: Bald;

*Subscribed and sworn to before me by the affiant who is personally known to me.*

/s/Justin Hubbell      01/08/2024

Justin Hubbell      **Date**

Iowa Process Service
1604 Country Club Rd
Indianola, IA 50125

*Halee Ann Rice*

**Notary Public**

07/08/2024      02/18/2024

**Date**      **Commission Expires**

HALEE ANN RICE
Commission Number 830262
My Commission Expires
February 18, 2024

E-FILED  2024 JAN 08 10:17 AM WAYNE - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SERVICE

| Case:<br>CVCV024030 | Court:<br>IN THE IOWA DISTRICT COURT | County:<br>IN AND FOR WAYNE COUNTY | Job:<br>10169787 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SOUTHERN IOWA PLUMBING, L.L.C. | | Defendant / Respondent:<br>WAYNE COUNTY, IOWA; WAYNE COUNTY, IOWA, BOARD<br>OF HEALTH; DAVID RHODES; | |
| Received by:<br>Iowa Process Service | | For:<br>Rockhold Law PLLC | |
| To be served upon:<br>Wayne County Iowa, c/o Lance Lange, Chairman | | | |

I, Justin Hubbell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and
that within the boundaries of the state where service was effected, I was authorized by law to make service of the
documents and informed said person of the contents herein

**Recipient Name / Address:**   Lance Lange, Chairman for Wayne County Iowa, Company: 100 North Lafayette Street ,
Corydon, IA 50060

**Manner of Service:**   Personal/Individual, Jan 5, 2024, 11:51 pm CST

**Documents:**   Original Notice, Petition for Declartory Judgment, for Money Judgment, and for
Temporary and Permanent Injuction, Affidavit in Support of Application for Temporary
and Permanent Writ of Injunction, Exhbits 1-3 (Received Dec 29, 2023 at 10:40am CST)

**Additional Comments:**
1) Served: Jan 5, 2024, 11:51 pm CST at Company: 100 North Lafayette Street , Corydon, IA 50060 received by Lance
Lange, Chairman for Wayne County Iowa. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 195; Height: 5'9";
Hair: Blond;

_/s/Justin Hubbell_          01/08/2024
Justin Hubbell              Date

Iowa Process Service
1604 Country Club Rd
Indianola, IA 50125

*Subscribed and sworn to before me by the affiant who is*
*personally known to me.*

_Halee      Ann      Rice_
**Notary Public**
_01/08/2024_              _02/18/2024_
**Date**          **Commission Expires**

> **HALEE ANN RICE**
> Commission Number 830262
> My Commission Expires
> February 18, 2024